O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-1580 PSG (JCx) | Date | December 17, 2012 |
|---|---|---|---|
| Title | *Valentine Miranda v. Orkin Services of California, Inc., et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) Order Denying Plaintiff's *Ex Parte* Motion to Strike Defendants' Amended Motion for Partial or Summary Judgment**

    Pending before the Court is Plaintiff's *Ex Parte* Motion to Strike Defendants' Amended Motion for Partial or Summary Judgment. Dkt. # 54. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering the moving and opposing papers, the Court DENIES the motion.

    However, the Court directs the parties to the Standing Order, which states: "Parties need not wait until the motion cutoff to bring motions for summary judgment or partial summary judgment. Moreover, the court expects that the party moving for summary judgment will strictly observe the timing requirements of the Local Rules and this Standing Order." Dkt. # 6 at 6:11-15. Because Defendants waited until the day of the motion cutoff to file their Motion for Partial or Summary Judgment, which ultimately resulted in the filing being late, they failed to adhere to the Court's Standing Order. Accordingly, in its ruling on the Motion, the Court will take into account the Parties' failure to adhere to the Standing Order.

    **IT IS SO ORDERED.**